

**FILED**

4:27 pm, 9/26/11
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TREVOR PHILLIPS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DUKE, PRESIDENT & CEO, WAL-MART STORES, INC., et al,<br><br>Defendants. | Case No. 11-CV-271-J |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS MATTER coming before the Court pursuant to the Stipulation of Dismissal With Prejudice that Plaintiff's Complaint should be dismissed with prejudice, each party to pay their own attorney's fees and costs, and good cause having been shown;

IT IS HEREBY ORDERED that Plaintiff's Complaint should be, and hereby is, DISMISSED WITH PREJUDICE, each party to pay their own attorney's fees and costs.

Dated this 26th day of September, 2011.

*Alan B. Johnson*

Alan B. Johnson
United States District Judge